DENNIS JAMES POLEDORE JR.      §

V.      §
     §
THE STATE OF TEXAS      §

CAUSE NOS.:05-DCR-042537B HC3
FILED IN 05-DCR-042538B HC3
1ST COURT OF APPEALS 05-DCR-042572B HC3
HOUSTON, TEXAS

JAN - 5 2015

CHRISTOPHER A. PRINE

CLERK _____

TO: ANNIE REBECCA ELLIOTT
    DISTRICT CLERK, FORT BEND COUNTY, TX.
    301 JACKSON ST.
    RICHMOND, TEXAS 77469

RE: APPLICANT'S/APPELLANT'S REQUEST FOR PREPARATION OF **IDENTICAL** CLERK'S RECORD FOR THE ABOVE HABEAS CORPUS CAUSE NUMBERS, FROM THE BELOW DESIGNATED LIST OF DOCUMENTS AND EXHIBITS PURSUANT TO "TRAP" 34.5(10) **FOR** APPELLATE NUMBERS: 01-04-01001-CR, 01-14-01002-CR, 01-04-01003-CR IN THE COURT OF APPEALS FIRST DISTRICT, HOUSTON DIVISION

Dear Clerk,

Please prepare identical Clerk's Record to be sent to the Court of Appeals, from the following designated list of documents and exhibits:

1. Indictments for cause numbers:42537, 42537A, 42537B
2. Arraignment documents in cause numbers:42537, 42538, 42572
3. Arraignment documents in cause numbers:42537A, 42538A, 42572A
4. Arraignment documents in cause numbers:42537B, 42538B, 42572B
5. Affidavit requesting appointment of counsel:42537, 42538, 42572
6. Affidavit requesting reappointment of counsel:42537A, 42538A, 42572A
7. Affidavit requesting reappointment of counsel:42537B, 42538B, 42572B
8. Docket sheet for cause numbers:42537, 42537A, 42537B
9. Case information sheet for cause numbers:42537B, 42538B, 42572B
10. Notice of criminal case reset in cause numbers:42537A, 42538A, 42572A
11. Notice of criminal case reset in cause numbers:42537B, 42538B, 42572B
12. Waiver of arraignment for cause numbers:42537, 42538, 42572
13. Amended Waiver of arraignment in cause numbers:42537B, 42538B, 42572B
14. Order appointing counsel in cause numbers:42537, 42538, 42572
15. Order reappointing counsel in cause numbers:42537A, 42538A, 42572A
16. Order reappointing counsel in cause numbers:42537B, 42538B, 42572B
17. Motion to dismiss cause numbers:42537, 42537A, 42538, 42538A, 42572, 42572A
18. Judgment sheet for cause numbers:42537B, 42538B, 42572B

## DOCUMENTS AND EXHIBITS FROM INITIAL HABEAS CORPUS PROCEEDINGS

19. Original 11.07 Writ Application for:42537B HC1, 42538B HC1, 42572B HC1
20. Exhibit-(S-2) State's Response with Proposed Findings and Conclusions, and Writ denial Order signed by habeas judge "Thomas Culver III.
21. Memorandum in support of Original 11.07 Writ Applications
22. Exhibit-(S) Counsel's Affidavit admitting amedning the Waiver Motion at the request of the prosecutor
23. Motion requesting an Evidentiary hearing

## DOCUMENTS AND EXHIBITS FROM FIRST SUBSEQUENT WRIT PROCEEDINGS

24. State's Response to first Subsequent Writ
25. First Subsequent Writ Applications: 42537B HC2, 42538B HC2, 42572B HC2
26. Exhibit-(Z) Reporter's Record Volume 3, pages i-iii, 1-4, 40-47, and 64 incorporated, but original Exhibit-(Z) is located in initial habeas proceedings record 42537B HC1, 42538B HC1, 42572B HC1
27. Motion Seeking Leave of the Court to file second Writ with unsigned Order
28. Motion For an Evidentiary hearing... with unsigned Order



29. Exhibit-(B-7) Court of Criminal Appeals "Dismissed without written Order"

**DOCUMENTS AND EXHIBITS FROM SECOND SUBSEQUENT WRIT PROCEEDINGS:05-DCR-042537B-HC3, 05-DCR-042538B- HC3, 05-DCR-042572B- HC3**

30. Second Subsequent Writ Applications filed October 22, 2014.

31. Memorandum Brief support of Applicant's Sunsequent Writ Seeking A §4(a) Final Disposition Determination made for his initial Ground One "Denied... Sixth Amendment right to counsel claim", with unsigned /Order.

32. Motion Requesting An Evidentiary hearing for a §4(a) Orovision Final Disposition Determination conducted for Applicant's prior Ground One "Denied... Sixth Amendment right to counsel claim", with unsigned Order.

33. Subsequent Writ Denial Order signed by assigned visiting judge Lee Doggan Jr.

34. Memorandum "Order" Final Disposition Determination Hearing Request, Denied by assigned visiting judge Lee Doggan Jr..on November 12, 2014

35. Motion Requesting An Evidentiary Hearing For A Section 4(a) Provision Final Disposition Determination Conducted For Applicant's Prior Writ Ground One " Denied U.S., Fed., And Tex., Sixth Amendment right to counsel" claim "Order" Denied by assigned visiting judge Lee Doggan Jr. November 12, 2014.

36. State's Response To Applicant's Petition For Writ of Habeas Corpus filed 11/12/2014.

37. Notice of Appeal with Affidavit of indigency and inability to prepay fees and cost.(entailed in the substance of the Notice exist a request to Certify Appellant's right to Appeal the three (3) Denial Orders deined on Nov. 12, 2014.)

38. Any Certification of Applicant's right to Appeal the three (3) Orders of Denial that resulted from a Final Habeas corpus proceeding that are Appealable.

**DOCUMENT FROM CLERK'S FIRST SUPPLEMENTAL RECORD IN CAUSE NOS.05-DCR-042537B HC3, 05-DCR-042538B.HC3, 05-DCR-042572B HC3**

39. Objections To State's Response And Recommendation To Applicant's Petition For Writ Of Habeas Corpus With Declaration Under Penalty Of Perjury, filed Nov. 20, 2014.

Applicant/Appellant makes this request for identical Clerk's Record for the three Appellate cause numbers listed above in the interest of justice, to receive a Fundamental fair Appellate review. Additionally, because each of the three cases resulted from the same Criminal and Habeas Corpus proceedings, with identical contents of facts, grounds, claims, and documented evidence presented in support. Therefore, identical Clerk's Records are warranted during this Appellate review.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Applicant/Appellant Pray this request is complied with, and the above listed documents and exhibits be included with the necessary filed documents and exhibits in this Habeas Corpus Appeal from Final Appealable Orders denied by assigned visiting judge Lee Doggan Jr. November 12, 2014.

Respectfully Requested

DENNIS JAMES POLEDORE JR
TDCJ-ID NO. 1400186
POLUNSKY UNIT
3872 FM 350-South
LIVINGSTON, TEXAS 77351

## CERTIFICATE OF SERVICE

I, certify that a true and correct copy of the Original of this Pleading/Request was placed in the U.S. Postal Mail Box at the Polunsky Unit on December 29, 2014, addressed to:   Court of Appeals First District
Clerk of the Court
301 Fannin Street
Houston, Texas 77002-2066

SIGNATURE OF AFFIANT
DENNIS JAMES POLEDORE JR.


### (CORRECTION REQUIRED)

Dear Clerk, (See attached Notice of incorrect information letter)

Your notification to the **First** Court of Appeals Clerk AS FOR THE NATURE OF THIS APPEAL, is incorrect. You have this Appeal labeled as "Criminal", when in fact it is an Appeal taken from  Orders denied by visiting judge Lee Doggan Jr. during a Subsequent Writ of Habeas Corpus proceeding. Also, please correct your information in your Clerk's Summary sheets. I have attached with the necessary corrections made. Check the information  (case) sheet for verification of Trial judge.

If for any reason any document or exhibit can not be included in the Clerk's Record listed above, please inform me in writing of the reason(s).

Thank you in advance.

Sincerely

Dennis James Poledore, Jr.
Applicant/Appellant

Date:December 29, 2014

PS: A view of the Notice of Appeal will show the nature of the request to Appeal, which is to Appeal three (3) Final **Orders** that are Appealable as a result of being denied during a Subsequent Writ of Habeas Corpus proceeding on Nov. 12, 2014. *Also a request for the court's Certification to Appeal Orders. See Attach Copy of Notice of Appeal Filed with the District Clerk. With information Circled. DJP*

Page 3 of 3

TO:ANNIE REBECCA ELLIOTT, District Clerk
   Fort Bend County, Texas
   301 Jackson
   Richmond, Texas 77469

FROM:DENNIS JAMES POLEDORE JR.
   TDCJ-Id no. 1400186
   Polunsky Unit
   3872 F.M. 350-South
   Livingston, Texas 77351

RE: INCORRECT INFORMATION IN THE CLERK'S SUMMARY SHEET "THAT" NEEDS TO BE COR-
    RECTED FOR HABEAS CORPUS CAUSE NUMBERS: 05-DCR-042537-B HC3, 05-DCR-042538-B
    HC3, AND 05-DCR-042572-B HC3; 240TH JUDICIAL DISTRICT COURT, FORT BEND COUNTY
    , TEXAS

Dear Clerk;

   After a thorough examination of your "Clerk's Summary Sheet" for the Trial Ha-
beas Court's cause numbers:listed above, from the Subsequent Writ proceedings.
There exist incorrect information that if left uncorrected before the Clerk's re-
cords are sent to the first Court of Appeals, can be prejudicial to my Appellate
review. Therefore, the following "Incorrect" and "Correct" information has been
pro-vided to assist you with making the necessary corrections:

| INCORRECT INFORMATION | | CORRECT INFORMATION |
|---|---|---|
| Thomas R Culver III | (TRIAL JUDGE) | Visiting Judge:Ross Sears; See Exhibit-(II) in this cause. |
| Thomas R Culver III | (SUBSEQUENT WRIT JUDGE) | Assigned Visiting Judge:Lee Doggan Jr. |

   Pursuant to TRAP 34.5(b)(4)(c) and (d), I'm sending you a Written notice about
the incorrect information, in hope that you will correct the errors before you
send the "Clerk's Record" to the First Court of Appeals Clerk in Appeals numbers:
01-14-01001-CR, 01-14-01002-CR, 01-14-01003-CR within 60 days of the December 8,
2014, or January 12, 2015.

   Please inform me at the above listed address of your actions toward correcting
the incorrect information, in your Clerk's Summary Sheet. Your attention to this
request is appreciated. Thank you in advance.

CC:Christopher A. Prine, Clerk of the Court
   Court of Appeals First District
   301 Fannin St.
   Houston, Texas 77002-2066

:John J. Harrity III
 Assit. Disttrict Attorney
 Fort Bend County
 301 Jackson St., Room 101
 Richmond, Texas 77469
 (PLEASE PROVIDE Copy To JJH.

Date:December 29, 2014

*Dennis James Poledore Jr.*

Page 1 of 1



TO: THE CLERK OF THE COURT OF APPEALS FOR THE
FIRST SUPREME JUDICIAL DISTRICT
(Criminal Appeal) *~~Incorrect~~*
(Habeas Corpus Appeal) Correct

Cause No: 05-DCR-042572B HC-3
05 DCR-042537B HC-3
05 DCR-042538B HC3

FROM THE 240TH JUDICIAL DISTRICT COURT
FORT BEND COUNTY, TEXAS

| DENNIS JAMES POLEDORE, JR | Judge Presiding: *Habeas Judge* |
|---|---|
| VS *EX PARTE* | ~~THOMAS R CULVER III~~ *Lee Doggan JR.* |
| ~~THE STATE OF TEXAS~~ | Court Reporter: |
| | ~~ELIZABETH WITTU~~ *N/A* |

| Counsel for Appellant: | Counsel for Appellee: |
|---|---|
| Dennis James Poledore, Jr., Pro Se | John F. Healey, Jr. , District Attorney |
| Polunsky Unit | John Harrity, State's Appeal Attorney |
| 3872 Fm 350 South | 309 South 4th Street, 2nd Floor |
| Livingston Tx 77351 | Richmond, Texas 77469 |
| ~~SBN:~~ *TDCJ No. 1400186* | Robert Yack, Prosecutor |
| Telephone: | 309 South 4th Street, 2nd Floor |
| | Richmond, Texas 77469 |
| | Telephone: 281 – 341 - 4460 |

| | |
|---|---|
| Date of Judgment: | ~~August 17, 2006~~ *(N/A)* |
| Nature of Action: | ~~Aggravated Assault With Deadly Weapon~~ *Habeas Corpus Proceedings* |
| Date Judgment & Sentence Signed by Judge: | August 17, 2006 *(N/A)* |
| Disposition of Case: | ~~Convicted~~ *(3 Denial Order Issued)* |
| Jury Trial: | Yes *(N/A)* |
| Notice of Appeal Filed on: | December 08, 2014 *(Habeas Corpus Proceeding)* |
| Appellant Confined: | Yes |
| Date Sentence Imposed: | August 17, 2006 *(N/A)* |
| Punishment Assessed: | 60 Years Conviction *(N/A)* |
| Appellant Counsel was: | ~~APPOINTED~~ *Retained (appellant is Pro Se)* |
| Signed, | December 15, 2014 |

DISTRICT CLERK ANNIE REBECCA ELLIOTT
Fort Bend County, Texas

By: /s/ Petra Lozano
Deputy District Clerk Petra Lozano
Telephone: (281) 341-4502

Electronically Filed with the First Court of Appeals, at Houston, Texas on December 15, 2014 .

Enclosure(s): Notice of Appeal

*DJPJr. This Sheet Needs To Be Created For A Habeas Corpus Appeal From the Court's Denial of 3 "Orders" which are Appealable, pursuant To TRAP Rule 31, and 31.2. DJPJr*



CLERK'S RECORD

APPLICATION FOR WRIT OF HABEAS CORPUS
05-DCR-042577-B HC3
05-DCR-042528-B HC3
TRIAL COURT WRIT NO.  05-DCR-042572B HC3

| | | |
|---|---|---|
| EX PARTE | § | IN THE DISTRICT COURT OF |
| DENNIS JAMES POLEDORE, JR | § | FORT BEND COUNTY, TEXAS |
| | § | 240TH JUDICIAL DISTRICT COURT |

## CLERK'S SUMMARY SHEET

Applicant's Name:          Dennis James Poledore, Jr

Offense:                   Agg Assault W/ Deadly Weapon/ F2

Cause No:                  05-DCR-042572B

Sentence:                  60 Years In TDCJ-ID With 379 Days Credit

Trial Date:                August 17, 2006

Plea Entered:              Conviction - Not Guilty Plea Jury Verdict

Trial Judge:               ~~Thomas R Culver III~~ Visiting Judge: Ross Sears

Appeal No.                 01-06-00948-CR; 01-06-00999-CR ; ~~OO~~ 01-06-00998-CR

Citation To Opinion:  S.W. 2d    N/A

Hearing Held:              No

Findings & Conclusions Filed:    No

Recommendation:            ~~N/A~~ Denied on Nov. 12, 2014

Writ Judge:                ~~Thomas R Culver III~~ — Visiting Judge: Lee Duggan Jr

DISTRICT CLERK ANNIE REBECCA ELLIOTT
Fort Bend County, Texas

By: _____
    Deputy District Clerk Petra Lozano
    Telephone: (281) 341-4502

CAUSE NO.:05-DCR-042537-B HC3
:05-DCR-042538-B HC3
:05-DCR-042572-B HC3

EX PARTE § IN THE JUDICIAL DISTRICT

§ 240TH DISTRICT COURT

DENNIS JAMES POLEDORE, JR. § FORT BEND COUNTY, TEXAS

APPLICANT'S NOTICE OF APPEAL WITH AFFIDAVIT
OF INDIGENCY AND INABILITY TO PREPAY FEES AND COST

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now, Dennis James Poledore, Jr., (hereinafter, Applicant) Pro se in the a-

styled and numbered causes, and gives "Notice of Appeal" With Affidavit Of Indi-

gency And Inability To Prepay Fees And Cost, to Appeal the following three (3)

"Orders": 1). Final Disposition Determination Hearing Request "Order."

2). Motion Requesting An Evidentiary Hearing For A §4(a) Provision
"Final Disposition" Determination Conducted For Applicant's Prior
Writ Ground One "Denied U.S., Fed., And Tex. Sixth Amendment right
To Counsel" Claim "Order."

3). Court's "Order" Denying Applicant's Second Subsequent Writ Appli-
cations "Grounds One thru Three."

Which this Honorable Court "Denied" on November 12, 2014, during Applicant's

Second Subsequent Writ Habeas Corpus proceedings. Applicant moves the Court to

"Certify his right to Appeal" each of the above appealable "Orders" in numbers

"1 thru 3": No. 1 Denial Order._____ Granted _____ Denied (See Exhibit-(SW-1)

No. 2 Denial Order._____ Granted _____ Denied (See Exhibit-(SW-2)

No. 3 Denial Order._____ Granted _____ Denied (See Exhibit-(SW-3)

Applicant petition this Honorable Court to Grant or Deny each of the above

"Order's" Certification request, by placing a "check mark" in the appropriate

space above. See EXHIbcP·(SW-4) Attached And EXHIbct·(SW-3).

Applicant states under penalty of perjury that this Appeal is not taken to ha-

rass, but taken in good-faith in the interest of justice to seek correction of a

miscarriage of justice.

Executed this 4ᵗ day of December, 2014.

/s Dennis James Poledore
Signature of Affiant

05-DCR-042572B
NOAP
Notice of Appeal
3339077

I.

AFFIDAVIT OF INDIGENCY AND

INABILITY TO PREPAY FEES AND COST

Pursuant to Texas Rules of Civil Procedure, §5 under Rule 145(a) "Affidavit of

Page-1 of 2

EXHIBIT-(G-4)

Inability". Applicant declare that the responses to the questions listed below are true and correct, and answered under penalty of perjury:

1. I have not received within the last 12 months any money from the following sources: a. Business, Professions, or from Self-employment
   b. Rent payment, Interest or Dividends
   c. Pensions, Annuities, or Life Insurance payment
   d. Gifts or Inheritances
   e. Any other sources of earned income

2. I do not own cash or have any money in a checkings or savings account, including any funds where interest is paid and unable to obtain a loan.

3. I do not own Real Estate, Stocks, Bonds, Notes, Automobiles, or other valuable property, excluding ordinary household furnishings and clothings.

I further understand a false statement in an answer to any question in this Affidavit, will subject me to penalties of perjury.

Under State Law (V.T.C.A.) Civil Practice and Remedies Code 132.001-132.003, I Dennis James Poledore, Jr., do declare under penalty of perjury, that the above foregoing information and answers are true and correct.

Executed this 4th day of December, 2014.

/s/ Dennis James Poledore/
SIGNATURE OF AFFIANT

DENNIS JAMES POLEDORE, JR.

## CERTIFICATE OF SERVICE

I, certify that a true Original of this "Notice of Appeal With Affidavit of Indigency and Inability to Prepay Fees and Cost, was placed in the U.S. Postal Mailing service (Mail Box) at the Polunsky Unit, 3872 Fm 350 South Livingston , Texas 77351 Addressed to:

#1. Fort Bend County District Clerk's Office
301 Jackson St.
Richmond, Texas 77469

Executed this 4th day of December, 2014.

/s/ Dennis James Poledore/
SIGNATURE OF AFFIANT
DENNIS JAMES POLEDORE, JR.

# FILED

2014 DEC -8 AM 10: 38

CLERK DISTRICT COURT
FORT BEND CO..TX

Page-2 of 2

EXHIBIT (G-4)

TO: CHRISTOPHER A. PRINE, FIRST COURT OF APPEALS COURT CLERK
    301 FANNIN
    HOUSTON, TEXAS 77002-2066

FROM: DENNIS JAMES POLEDORE JR.
      TDCJ NO. 1400186
      Polunsky Unit
      3872 F.M. 350-South
      Livingston, Texas 77351

FILED IN
1ST COURT OF APPEALS
HOUSTON TEXAS

JAN - 5 2015

CHRISTOPHER A. PRINE
CLERK_____

RE: MOTION TO SUSPEND TRAP RULE 9.3 PURSUANT TO TRAP RULE 2; NOTICE OF APPEAL WITH
    DECLARATION OF INDIGENCY IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS;
    COPY OF REQUEST FOR PREPARATION OF IDENTICAL CLERK'S RECORD FROM DESIGNATED *LIST*
    OF DOCUMENTS AND EXHIBITS(PROVIDED) PURSUANT TO TRAP 34.5(10) WITH AN ATTACHED
    LETTER REQUESTING CLERK'S SUMMARY SHEETS BE CORRECTED WITH ATTACHED EXHIBITS;
    COPY OF ORIGINAL NOTICE OF APPEAL POINTING OUT APPELLANT'S REQUESTED NATURE TO
    APPEAL AND REQUEST FOR THE HABEAS COURT JUDGE TO CERTIFY MY RIGHT TO APPEAL 3
    APPEALABLE ORDERS FROM HIS DENIAL RENDERED ON NOVEMBER 12, 2014 ALSO ATTACHED:
    AND A "DOCKET STATEMENT" FILED UNDER TRAP 32.

Dear Clerk,

    Please find the above listed documents listed above, to be filed in Appellate
cause numbers;01-14-01001-CR, 01-14-01002-CR, 01-14-01003-CR, for consideration
and filing. The number one correction I've request is, for the Clerk to properly
labelize the Nature of this Appeal. Pursuant to TRAP Rule 36.3, I'm asking that if
the records are not corrected and the designated documents and exhibits list can
not be provided, you(office)command that a correct Clerk's Summary Sheet be sent.
In addition to all necessary documents and exhibits required and what Appellant has
requested in the interest of justice.

    Your attention to this request is appreciated. Thank you in advance.

Date: December 29, 2014

                                        Sincerely
                                        Dennis James Poledore J
                                        DENNIS JAMES POLEDORE JR.
                                        APPELLANT

CC: JOHN J HARRITY III, Assiatant District Attorney
    Fort Bend County, Texas

#DD184 DENNIS BLEDSOE
Polunsky Unit
3872 F.m. 350-South
Livingston, Texas 77351

(Legal Mail)

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN - 5 2015

CHRISTOPHER A. PRINE
CLERK

To: (First Court of Appeals)
Christopher A. Prine, Court
301 Fannin
Houston, Texas 77002-2066



FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN - 5 2015

CHRISTOPHER A. PRINE
Clerk